UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIAN LEE DOBNEY and LEONARD SADDLER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 2:21-cv-0014-JLB-MRM

## MEDIATION REPORT

The Mediation in this cause was conducted on April 28, 2022 via Zoom. All parties were represented by counsel, and a full and complete settlement of the case was reached.

Respectfully submitted this 2nd day of May, 2022.

    /s/ Gary H. Larsen
    GARY H. LARSEN
    Mediator No. 11664R
    Florida Bar No. 266906
    401 N. Cattlemen Road, Suite 300
    Sarasota, Florida 34232
    941.366.4680 (phone)
    941.953.3136 (fax)
    glarsen@dglawyers.com

Copies provided to counsel
of record through the Court's
CM/ECF filing system